IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-00212-CG-M |
| | ) |
| EVERGREEN TRANSPORTATION, INC. | ) |
| | ) |
| Respondent. | ) |

### DEFAULT JUDGMENT

This court having entered default against the defendant, and plaintiff having moved for entry of default judgment, it is now

**ORDERED** and **ADJUDGED** that Plaintiff, QBE Insurance Corporation, is due the relief sought in its complaint by virtue of said Evergreen Transportation, Inc.'s default; namely, QBE Insurance Corporation has no obligation to Evergreen Transportation Inc. regarding the underlying claim which occurred on October 12, 2007 at the Kirkpartrick Concrete facility in Birmingham, Alabama, when Evergreen's employee improperly unloaded F-Ash into the wrong silo, and furthermore:

A.   That the CGL Policy issued to Evergreen does not afford coverage to Evergreen Transportaion, Inc. for Kirkpatrick Concrete's damages caused by the October 12, 2007 claim;

B.   That QBE is not obligated to reimburse Evergreen Transportation, Inc. for any portion of the October 12, 2007 loss, whether in the form of a judgment, settlement, or otherwise; and

C.   That QBE shall have no obligation to defend or indemnify Evergreen Transportation, Inc. from a lawsuit related to the October 12, 2007 incident.

**DONE** and **ORDERED** this 4th day of August 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE